Name & Address:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

CASE NUMBER:

PLAINTIFF(S)

v.

**NOTICE OF MANUAL FILING**

DEFENDANT(S).

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually filed (**LIST DOCUMENTS**):

**Reason:**

☐   Under Seal and/or In Camera

☐   Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐   Electronic versions are not available to filer

☐   Per Court order dated _____

☐   Manual Filing required ( *reason* ):

_____
Date

_____
Attorney Name

_____
Party Represented

*Note:   File one Notice of Manual Filing in each case, each time you manually file document(s).*

G-92 (01/14)                              **NOTICE OF MANUAL FILING**