1  EILEEN M. DECKER
   United States Attorney
2  PATRICK R. FITZGERALD
   Assistant United States Attorney
3  Chief, National Security Division
   JAY H. ROBINSON (Cal. Bar No. 230015)
4  Assistant United States Attorney
   Deputy Chief, Terrorism and Export Crimes Section
5  MELANIE SARTORIS (Cal. Bar No. 217560)
   Assistant United States Attorney
6  Terrorism and Export Crimes Section
   DEIRDRE Z. ELIOT (Cal. Bar No. 145007)
7  Assistant United States Attorney
   Terrorism and Export Crimes Section
8        3403 Tenth Street, Suite 200
         Riverside, California 92501
9        Telephone: (951) 276-6267
                    (213) 894-5615
10                  (714) 338-3599
         Facsimile: (951) 276-6202
11                  (213) 894-7631
                    (714) 338-3561
12       E-mail:    jay.robinson@usdoj.gov
                    melanie.sartoris@usdoj.gov
13                  deirdre.eliot@usdoj.gov

14 Attorneys for Plaintiff
   UNITED STATES OF AMERICA

15

16

17                  UNITED STATES DISTRICT COURT

18            FOR THE CENTRAL DISTRICT OF CALIFORNIA

19                       EASTERN DIVISION

20

21 UNITED STATES OF AMERICA,            No. CR 16-292-JGB

22          Plaintiff,                  NOTICE OF APPEARANCE IN
                                        CRIMINAL CASE
23               v.

24 MARIYA CHERNYKH,
   TATIANA FAROOK, and
25 SYED RAHEEL FAROOK

26          Defendants.

27

28      Plaintiff, United States of America, hereby advises the Court

1  that in addition to Assistant United States Attorneys Jay H. Robinson

2  and Melanie Sartoris, the Assistant United States Attorney ("AUSA")

3  listed below has been assigned as an attorney of record for the

4  government in the above-captioned case:

5

| Name | E-mail Address |
|------|----------------|
| Deirdre Z. Eliot | deirdre.eliot@usdoj.gov |

6

7

8      Please make all necessary changes to the Court's Case

9  Management/Electronic Case Filing system to ensure that the newly-

10 assigned AUSA's name is associated with this case as attorney of

11 record for the United States and that the newly-assigned AUSA

12 receives all emails relating to filings in this case.

13  Dated: January 6, 2017          Respectfully submitted,

14                                  EILEEN M. DECKER
                                    United States Attorney
15
                                    PATRICK R. FITZGERALD
16                                  Assistant United States Attorney
                                    Chief, National Security Division
17

18
                                        /s/
19                                  _____
                                    DEIRDRE Z. ELIOT
                                    Assistant United States Attorney
20                                  Terrorism and Export Crimes Section

21                                  Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA
22

23

24

25

26

27

28

                                    2