```
 1  TRACY L. WILKISON
    Attorney for the United States,
 2  Acting Under Authority Conferred by
    28 U.S.C. § 515
 3  PATRICK R. FITZGERALD
    Assistant United States Attorney
 4  Chief, National Security Division
    MELANIE SARTORIS (California Bar No. 217560)
 5  Assistant United States Attorney
    Terrorism and Export Crimes Section
 6       3403 Tenth Street
         Suite 200
 7       Riverside, California 92501
         Telephone: (213) 894-5615
 8       Facsimile: (213) 894-7631
         E-mail:    melanie.sartoris@usdoj.gov
 9
10  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
11
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. ED CR 16-292-JGB |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING |
| v. | **SENTENCING DATE: April 15, 2019** |
| MARIYA CHERNYKH, et al.,<br>-2) TATIANA FAROOK<br>    Defendants. | **[PROPOSED] SENTENCING DATE:<br>February 10, 2020** |

Plaintiff United States of America, by and through its counsel of record, and defendant TATIANA FAROOK ("defendant"), by and through her counsel of record, hereby stipulate as follows:

1.  The Indictment in this case was filed on April 27, 2016.

2.  On February 9, 2017, defendant TATIANA FAROOK pled guilty pursuant to a written plea agreement with the government to violating 18 U.S.C. § 371: Conspiracy. The Court originally set defendant's sentencing for November 13, 2017, and, at the request of the parties,

continued it to April 15, 2019. Defendant is out of custody on bond pending sentencing.

3. By this stipulation, the parties respectfully request to continue the sentencing hearing from April 15, 2019, to February 10, 2020.

4. Defendant needs additional time to prepare her written sentencing position and believes it is in her best interest to seek a continuance.

5. The government does not object to this request.

IT IS SO STIPULATED.

Dated: April 1, 2019        Respectfully submitted,

TRACY L. WILKISON
Attorney for the United States,
Acting Under Authority Conferred by
28 U.S.C. § 515

PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division

     /s/ Melanie Sartoris
MELANIE SARTORIS
Assistant United States Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated: April 1, 2019        /s/ with authorization
DYKE HUISH
Attorney for Defendant
TATIANA FAROOK