TRACY L. WILKISON
Attorney for the United States,
Acting Under Authority Conferred by
28 U.S.C. § 515
PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division
MELANIE SARTORIS (California Bar No. 217560)
Assistant United States Attorney
Terrorism and Export Crimes Section
     3403 Tenth Street
     Suite 200
     Riverside, California 92501                cc: PSA
     Telephone: (213) 894-5615
     Facsimile: (213) 894-7631
     E-mail:   melanie.sartoris@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 16-292-JGB-2 |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| MARIYA CHERNYKH, et al.,<br>-2) TATIANA FAROOK | |
| Defendants. | |

     For the reasons contained in the parties' stipulation it is hereby ORDERED that the sentencing hearing for defendant TATIANA FAROOK is continued to February 10, 2020 at 2:00 p.m.

     IT IS SO ORDERED.

April 2, 2019
DATE                          HONORABLE JESUS G. BERNAL
                              UNITED STATES DISTRICT JUDGE