TRACY L. WILKISON
Attorney for the United States,
Acting Under Authority Conferred by
28 U.S.C. § 515
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division
MELANIE SARTORIS (California Bar No. 217560)
Assistant United States Attorney
Deputy Chief, General Crimes Section
    1200 United States Courthouse
    312 N. Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5615
    Facsimile: (213) 894-0141
    E-mail:   melanie.sartoris@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>MARIYA CHERNYKH, et al.,<br>-2) TATIANA FAROOK<br>       Defendants. | No. ED CR 16-292-JGB<br><br>STIPULATION TO CONTINUE SENTENCING HEARING<br><br>**SENTENCING DATE: June 15, 2020**<br><br>**[PROPOSED] SENTENCING DATE: December 14, 2020** |
|---|---|

    Plaintiff United States of America, by and through its counsel of record, and defendant TATIANA FAROOK ("defendant"), by and through her counsel of record, hereby stipulate as follows:

    1.   The Indictment in this case was filed on April 27, 2016.

    2.   On February 9, 2017, defendant TATIANA FAROOK pled guilty pursuant to a written plea agreement with the government to violating 18 U.S.C. § 371: Conspiracy.  The Court originally set defendant's sentencing for November 13, 2017, and, at the request of the parties,

continued it to June 15, 2020.  Defendant is out of custody on bond pending sentencing.

    3.   By this stipulation, the parties respectfully request to continue the sentencing hearing from June 15, 2020, to December 14, 2020.

    4.   Defendant needs additional time to prepare her written sentencing position and believes it is in her best interest to seek a continuance.

    5.   The government does not object to this request.

    IT IS SO STIPULATED.

Dated: June 3, 2020           Respectfully submitted,

TRACY L. WILKISON
Attorney for the United States,
Acting Under Authority Conferred by
28 U.S.C. § 515

CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division

    /s/ Melanie Sartoris
MELANIE SARTORIS
Assistant United States Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated: June 3, 2020           /s/ with authorization
                                       DYKE HUISH
                                       Attorney for Defendant
                                       TATIANA FAROOK