TRACY L. WILKISON
Attorney for the United States,
Acting Under Authority Conferred by
28 U.S.C. § 515
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division
MELANIE SARTORIS (California Bar No. 217560)
Assistant United States Attorney
Deputy Chief, General Crimes Section
1200 United States Courthouse
312 N. Spring Street
Los Angeles, California 90012
Telephone: (213) 894-5615
Facsimile: (213) 894-0141
E-mail: melanie.sartoris@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**cc: PSA/USPO**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIYA CHERNYKH, et al.,<br>-2) TATIANA FAROOK<br><br>Defendants. | No. CR 16-292-JGB-2<br><br>ORDER |

For the reasons contained in the parties' stipulation it is hereby ORDERED that the sentencing hearing for defendant TATIANA FAROOK is continued to December 14, 2020 at 2:00 p.m.

IT IS SO ORDERED.

June 11, 2020
DATE

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Melanie Sartoris*
MELANIE SARTORIS
Assistant United States Attorney